United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VON PINGEL,<br><br>             Plaintiff,<br><br>      v.<br><br>SANDRA VARGA,<br><br>             Defendant. | Case No. 20-cv-00260-JSW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 10 |

On April 7, 2020, the Court issued an Order extending the time for Plaintiff to file an amended complaint to May 29, 2020. The Court has not received any filings from Plaintiff. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order shall be due by July 7, 2020. If Plaintiff fails to respond or fails to submit an amended complaint in compliance with the Court's Orders dated March 13, 2020 and April 7, 2020, the Court shall dismiss this matter without prejudice.

**IT IS SO ORDERED.**

Dated: June 16, 2020

_____
JEFFREY S. WHITE
United States District Judge